463 A.2d 47

Commonwealth v. Burton, Appellant.

Submitted April 20, 1983.   Elaine DeMasse, Assistant Public Defender, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.